UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 12 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

KARINA MIRZAKHANOVA,

Petitioner,

v.

MERRICK B. GARLAND, Attorney General,

Respondent.

Nos. 20-72401, 21-868

Agency No. A203-680-444
Board of Immigration Appeals

**ORDER**

The answering brief submitted in 20-72401 and 21-868 on May 9, 2022 is filed.

Within 7 days of this order, respondent is ordered to file 6 copies of the brief in paper format with red covers, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The paper copies shall be submitted to the principal office of the Clerk. The address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939. The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Khanh Thai
Deputy Clerk
Ninth Circuit Rule 27-7