FILED

APR 10 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

KARINA MIRZAKHANOVA,

Petitioner,

v.

MERRICK B. GARLAND, Attorney General,

Respondent.

Nos. 20-72401, 21-868

Agency No. A203-680-444

ORDER

Before: W. FLETCHER, LEE, and MENDOZA, Circuit Judges.

Respondent's unopposed motion to remand this matter to the Board of Immigration Appeals (Dkt. No. 47 in Case No. 20-72401, Dkt. No. 26 in Case No. 21-868) is GRANTED. The case is removed from the April 12, 2023 calendar in Pasadena, California. Petitioner's removal is stayed pending a Board decision in this matter. The parties shall bear their own fees and costs. This order served on the agency shall act as the mandate of this court. The panel shall retain jurisdiction over any subsequent petitions for review in this matter.

The pending motion for stay of removal (Dkt. No. 1 in Case No. 20-72401) is DENIED as moot.

**REMANDED.**